IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| PACIFIC WESTERN BANK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Case No. 12-0246-CM |
| | ) |
| JAMES L. OSBORN, JR., et al., | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

The court has been notified that the defendant, James L. Osborn, Jr., was served by the United States Marshals Service only in his individual capacity (doc. 7). The court's November 6, 2012 order specified that Mr. Osborn was to be served in his "individual capacity and as trustee of the James L. Osborn, Jr. Trust U/A."

Pursuant to Fed. R. Civ. P. 4(c)(3), the court hereby orders the Marshals Service to serve Mr. Osborn "as trustee of the James L. Osborn, Jr. Trust U/A" with the notice of application, attached as Exhibit 1 to the motion (doc. 5-1), and then to file a return of service. Mr. Osborn may be served at the following address: 9141 North 70th Street, Paradise Valley, Arizona.

IT IS SO ORDERED.

O:\ORDERS\12-0246-CM-5b.docx

Dated December 12, 2012, at Kansas City, Kansas.

                                                          s/ James P. O'Hara
                                                          James P. O'Hara
                                                          U. S. Magistrate Judge