## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| PACIFIC WESTERN BANK, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>JAMES L. OSBORN, JR., in his )<br>individual capacity and as a trustee )<br>of the James L. Osborn, Jr. Trust u/a/ )<br>dated November 2, 1990, et al., )<br>)<br>Respondents. )<br>_____) | Case No. 12-CV-0246-CM |

## **ORDER**

On June 11, 2012, this dispute was tried before an American Arbitration Association Panel. The Panel issued its written award ("Award") on August 10, 2012, awarding petitioner approximately $2.5 million plus interest and other fees and costs as described more fully in the Award (Doc. 1-3).

This matter is before the court on petitioner's application for order confirming arbitration award (Doc. 1), which is brought pursuant to the Federal Arbitration Act, 9 U.S.C. § 1 *et seq.* ("FAA") and the underlying arbitration agreement. After reviewing the application and all other documents submitted therewith, the court grants petitioner's application. The court will forthwith enter judgment in conformity with the Award.

**IT IS THEREFORE ORDERED** that petitioner's Application For Order Confirming Arbitration Award (Doc. 1) is granted.

Dated this 5th day of March, 2013, at Kansas City, Kansas.

s/ Carlos Murguia
**CARLOS MURGUIA**
United States District Judge
